IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JAMES SMART,**<br><br>    Plaintiff,<br><br>vs.<br><br>**DEKALB COUNTY, GEORGIA**<br><br>    Defendant.<br>_____ | **CIVIL ACTION FILE NO.**<br><br>1:16-CV-0826-WSD-JFK |

**PLAINTIFF'S NOTICE
OF ELECTION TO PURSUE DISCOVERY ON PENSION RELATED
DAMAGES**

COMES NOW Plaintiff James Smart and files Plaintiff's Notice of Election to Pursue Discovery on Pension Related Damages.   Pursuant to the Consent Order Bifurcating Discovery [Doc 41] on February 13, 2017, Plaintiff timely files, within five (5) days after the Court's entry of a final ruling on all motions for summary judgment, this notice with the Court electing to pursue discovery for a 60-day period to obtain additional discovery on pension related damages.  Discovery on pension related damages includes discovery on compensation issues as they relate to pension damages and reasonably related questions thereto.

Pursuant to the Consent Order, Plaintiff's discovery may include:

(i) a FRCP 30(b)(6) deposition on pension related damages and the production of supporting documentation, (ii) the designation of an expert by Plaintiff on the computation of pension related damages, and/or (iii) depositions of such experts.

Respectfully submitted,

This 2nd day of March 2018.

*/s/Carl L. Sollee*
Carl L. Sollee
Georgia Bar No. 000242
Attorney for Plaintiff
Sollee Law, LLC
1376 Sheffield Drive, NE
Atlanta, GA 30329
Phone: (678) 358-5348
E-mail:  carl@solleelaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JAMES SMART,** | |
| Plaintiff, | **CIVIL ACTION FILE NO.** |
| vs. | 1:16-CV-0826-WSD-JFK |
| **DEKALB COUNTY, GEORGIA** | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I certify that on March 2, 2018, I electronically filed a **PLAINTIFF'S NOTICE OF ELECTION TO PURSUE DISCOVERY ON PENSION RELATED DAMAGES** with the Court using the CM/ECF system, which will automatically send e-mail notification of this filing to Defendant's attorney of record:

Jermaine A. Walker
Senior Assistant County
Nicole W. Aigner
Assistant County Attorney
Attorney DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030

This is to further certify that the foregoing document was prepared using 14 point Times New Roman font.

This 2nd  day of March 2018.

                                                            */s/Carl L. Sollee*
Carl L. Sollee
Georgia Bar No. 000242
Attorney for Plaintiff
Sollee Law, LLC
1376 Sheffield Drive, NE
Atlanta, GA 30329
Phone: (678) 358-5348
E-mail:  carl@solleelaw.com